UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELVIN PEREZ,

        Petitioner,

v.                                          CASE NO. 6:06-cv-604-Orl-19DAB

JAMES R. MCDONOUGH, et al.,

        Respondents.

_____

## ORDER

This case is before the Court on the following motions:

1.      Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 13, filed October 10, 2006) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.      Petitioner's Request for a Certificate of Appealability (Doc. No. 12, filed October 10, 2006) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a

constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial

showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 10/11
Counsel of Record
Melvin Perez

2